# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>MOHAMMED AZHARUDDIN CHHIPA<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 1:23-mj-91<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 15, 2021 - January 18, 2022__ in the city/county of __Fairfax, VA__
in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 2339B | Provision and attempted provision of material support to a designated foreign terrorist organization |

This criminal complaint is based on these facts:

See affidavit

☑ Continued on the attached sheet.
Reviewed by AUSA/SAUSA

AUSA Anthony T. Aminoff
*Printed name and title*

*Complainant's signature*

FBI Special Agent Gary Marosy
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone _____ *(specify reliable electronic means)*.

Date: 5/4/2023

Lindsey Vaala  Digitally signed by Lindsey Vaala
Date: 2023.05.04 11:34:02 -04'00'
*Judge's signature*

City and state: Alexandria, VA          Hon. Lindsey R. Vaala, U.S. Magistrate Judge
*Printed name and title*