AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
2023 MAY -5 A 10: 28

| United States of America | ) |
|---|---|
| v. | ) |
| MOHAMMED AZHARUDDIN CHHIPA | ) Case No. 1:23-mj-91 |
| | ) |
| | ) **UNDER SEAL** |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Mohammed Azharuddin Chhipa,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Providing and Attempting to Provide Material Support to a Designated Foreign Terrorist Organization, in violation of 18 USC § 2339B.

Date: 05/04/2023

Lindsey Vaala
Digitally signed by Lindsey Vaala
Date: 2023.05.04 11:35:07 -04'00'

*Issuing officer's signature*

City and state: Alexandria, VA

Hon. Lindsey R. Vaala, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 5/4/23, and the person was arrested on *(date)* 5/4/23
at *(city and state)* Springfield, VA.

Date: 5/5/23

*Arresting officer's signature*

Jhoan Sebastian Cummings
*Printed name and title*